```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 05 B 09414
   FRED L FAUBER JR
   DEBRA A FAUBER                                   CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-8868      SSN XXX-XX-4243


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 03/16/05 and confirmed on 05/11/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  17850.00 .

   4.   The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG         .00           .00            .00
FORD MOTOR CREDIT CO       SECURED           5974.65        675.59        5974.65
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED           .00            .00
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED           .00            .00
SMC                        UNSECURED          253.76           .00         104.17
RESURGENT CAPITAL SERVIC   UNSECURED         1746.62           .00         717.03
DISCOVER BANK              UNSECURED         3934.51           .00        1615.21
DISCOVER BANK              UNSECURED         5763.25           .00        2365.96
JC PENNEY                  UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          443.52           .00         182.08
MENARDS/HRS                UNSECURED       NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          247.35           .00         101.54
RESURGENT CAPITAL SERVIC   UNSECURED         2566.04           .00        1053.42
RESURGENT CAPITAL SERVIC   UNSECURED         3665.26           .00        1504.68
RESURGENT CAPITAL SERVIC   UNSECURED          366.42           .00         150.42
WALMART                    UNSECURED       NOT FILED           .00            .00
        Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED      OTHER        TOTAL

TOTAL CLMS ALLOWED  5974.65          .00      18986.73         .00     24961.38
PRINCIPAL PAID      5974.65          .00       7794.51         .00     13769.16
INTEREST PAID        675.59          .00           .00         .00       675.59
TOTAL PAID          6650.24          .00       7794.51         .00     14444.75
The Debtor's attorney, RONALD D CUMMINGS              , was allowed $   2700.00
and was paid $     56.00   direct and $   2644.00   through the plan.

The Trustee received $    761.25 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/12/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE